**Albert B. BROWN, Jr., Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Appellee.**

No. 09–1355.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 15, 2009.

Filed: Dec. 16, 2009.

Albert B. Brown, Jr., Maryland Heights, MO, pro se.

Jeffrey J. Leifert, Special, Kristi Schmidt, Deputy, Social Security Adminis-

of Missouri.

tration, Office of General Counsel Region VII, Kansas City, MO, Jane Rund, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Albert B. Brown, Jr., appeals the district court's[1] order affirming the denial of disability insurance benefits. Having carefully reviewed the record and considered Brown's arguments for reversal, *see Tilley v. Astrue,* 580 F.3d 675, 679 (8th Cir.2009) (standard of review), we affirm, *see* 8th Cir. R. 47B. We also deny his pending motions.

**1.** The Honorable Charles A. Shaw, United States District Court Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.